# EXHIBIT A

HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
ANETA FREEMAN, Managing Assistant City Attorney (SBN 196624)
**BRIAN LEVINE,** Deputy City Attorney (SBN 251416)
HA NGUYEN, Deputy City Attorney (SBN 300495)
200 North Main Street, City Hall East – 7th Floor
Los Angeles, California 90012
Tel.: 213.978.8200
Fax: 213.978.8216
E-Mail: b.levine@lacity.org

Attorneys for Defendant, **CITY OF LOS ANGELES**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORIA**

| | |
|---|---|
| JESSICA LEE,<br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a California municipality; and DOES 1 through 100, INCLUSIVE<br>Defendants. | **Case No.: 2:24-CV-07032-CBM (MARx)**<br><br>Assigned to Hon. Consuelo B. Marshall<br><br>**DEFENDANT CITY OF LOS ANGELES' INITIAL DISCLOSURES**<br><br>Action Filed: July 2, 2024 |

**Rule 26(a)(1)(A)(i)** – The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support his or her claims or defenses, unless the use would be would be solely for impeachment:

| **Name of Individual** Likely to have Discoverable Information | **Contact Information** (Address and Telephone Number) | **Subject Matter** of Discoverable Information |
|---|---|---|
| Joya Norman | Can be contacted through defense counsel | Payroll systems, payment of compensatory time off, and regular rate of pay calculations |
| Jeanie Molinar | Can be contacted through defense counsel | Grievances submitted by Plaintiff Lee |
| Hi Sang Kim | Can be contacted through defense counsel | Timekeeping and plant operations |
| Plaintiff Jessica Lee | Can be contacted through plaintiff counsel | Time and payroll submissions, accrual and use of compensatory time off, reimbursement of expenses including meals and transit, payment of wages for all time worked, and grievances related to nonpayment of wages |
| Unnamed class members | To be determined | Time and payroll submissions, accrual and use of compensatory time off, reimbursement of expenses including meals and transit, and payment of wages for all time worked |

| | | |
|---|---|---|
| Supervisors and Managers of unnamed class members | To be determined | Timekeeping and operations |
| Payroll personnel responsible for wage payments to unnamed class members outside of the Bureau of Sanitation | To be determined | Payroll systems, payment of compensatory time off, and regular rate of pay calculations |
| Defendant reserves the right to supplement this list and more information becomes available. | | |

**Rule 26(a)(1)(A)(ii)** – A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in his or her possession, custody, or control and may use to support his or her claims or defenses, unless the use would be solely for impeachment.

| **Description by Category** of Document, Electronically Stored Information, or Tangible Thing | **Description by Location** of Document, Electronically Stored Information, or Tangible Thing |
|---|---|
| Plaintiff Lee's time and payroll records for the statutory period | Produced in discovery under bates labels CITY LEE 1376-1584, 1591 |
| Payroll code legend | Produced in discovery under bates labels CITY LEE 1283-1295 |
| Plaintiff Lee's personnel file | Produced in discovery under bates labels CITY LEE 1299-1325 |
| Grievances submitted by Lee | Produced in discovery under bates labels CITY LEE 1326-1376 |

| | |
|---|---|
| Time and payroll records of unnamed class members for the statutory period | Files are stored and maintained by the City of Los Angeles |
| Personnel files of unnamed class members of unnamed class members for the statutory period | Files are stored and maintained by the City of Los Angeles |
| Grievances submitted by unnamed class members | Files are stored and maintained by the City of Los Angeles |
| Defendants reserve the right to supplement this list and more information becomes available. | |

**Rule 26(a)(1)(A)(iii)** – A computation of each category of damages claimed by the disclosing party, who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material (unless privileged or protected from disclosure) on which each computation is based, including materials bearing on the nature and extent of injuries suffered: Defendants maintain that Plaintiffs have not incurred any damages and, consequently, do not have any computation of damages to disclose in this initial disclosure.

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

**<u>Rule 26(a)(1)(A)(iv)</u>** – For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment: Defendant City of Los Angeles is self-insured as permitted under California *Government Code* Section 990.

Dated: August 1, 2025

Respectfully submitted,

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
SCOTT MARCUS, Chief Assistant City Attorney
ANETA FREEMAN, Managing Assistant City Attorney
**BRIAN LEVINE, Deputy City Attorney**

By: /s/ Brian Levine
**BRIAN LEVINE**
Deputy City Attorney
Attorneys for Defendant, **CITY OF LOS ANGELES**